# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America <br> v. <br><br> Clifton W. Gann, <br><br> *Defendant(s)* | Case No.   4:22 MJ 254 DDN <br><br> *Signed and submitted to the Court for filing by reliable electronic means* |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 22, 2022 in the county of St. Louis County in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 922(g) | Felon in possession of firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*I state under penalty of perjury that the forgoing is true and correct*

*Derek J. Velazco*
*Complainant's signature*

Derek Velazco, Special Agent FBI
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date: 09/23/2022

/s/  **David D. Noce**
*Judge's signature*

City and state:   St. Louis, Missouri    Honorable David D. Noce, U.S. Magistrate Judge
*Printed name and title*